NINESTAR TECHNOLOGY CO., LTD., Ninestar Technology Company, Ltd., and Town Sky, Inc., Appellants,

and

Dataproducts USA, LLC, Appellant,

v.

INTERNATIONAL TRADE COMMISSION, Appellee,

and

Epson Portland Inc., Epson America, Inc., and Seiko Epson Corporation, Intervenors.

No. 2009–1549.

United States Court of Appeals, Federal Circuit.

Oct. 30, 2009.

ON PETITION FOR HEARING EN BANC

*ORDER*

Appellants Ninestar Technology Co., Ltd., et al., filed a petition for hearing en banc or, in the alternative, certification to the United States Supreme Court.

Upon consideration thereof, it is

ORDERED that the petition for hearing en banc and request. for certification be, and the same hereby are, DENIED.

The appeal will be heard by a panel. A party may argue to the panel the need to overrule precedent, or other basis for hearing en banc, and the panel, if so con-vinced, will request a poll on rehearing en banc.

Josephine LAZERANO, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2009–7133.

United States Court of Appeals, Federal Circuit.

Nov. 3, 2009.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.